UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
**FEBRUARY 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff**(s): Painters District Council No. 14, a Labor organization

**Defendant**(s): H & P Contractor, Inc.

County of Residence: COOK

County of Residence: COOK

Plaintiff's Atty: Donald D. Schwartz
James R. Anderson
Anthony Sanders
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415

Defendant's Atty:

**08 C 1213**

**JUDGE ASPEN**
**MAGISTRATE JUDGE DENLOW**

II. Basis of Jurisdiction:　　3. Federal Question (U.S. not a party)

III. Citizenship of Principle Parties
**(Diversity Cases Only)**
　　Plaintiff:- **N/A**
　　Defendant:- **N/A**

IV. Origin :　　1. Original Proceeding

V. Nature of Suit:　　720 Labor/Mgmt. Relations

VI. Cause of Action:　　This cause of action is to enforce an arbitration award and arises under 29 U.S.C. 185

VII. Requested in Complaint
　　Class Action: No
　　Dollar Demand:
　　Jury Demand: No

VIII. This case **Is NOT** a refiling of a previously dismissed case. (If yes case number _____ by Judge _____)

Signature: _[signature]_
Date: 02/28/08

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**
Revised: 06/28/00