**FILED**
**FEBRUARY 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1213**

### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number:
PAINTERS DISTRICT COUNCIL NO. 14, a labor organization
                Plaintiff,
        V.
H & P CONTRACTOR, INC.

**JUDGE ASPEN**
**MAGISTRATE JUDGE DENLOW**

                Defendants,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| | |
|---|---|
| NAME (Type or print) ANTHONY SANDERS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| FIRM ARNOLD AND KADJAN | |
| STREET ADDRESS 19 WEST JACKSON BLVD. | |
| CITY/STATE/ZIP CHICAGO, IL. 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6278133 | TELEPHONE NUMBER (312) 236-0415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |