AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

PAINTERS DISTRICT COUNCIL NO. 14,
A LABOR ORGANIZATION
    Plaintiffs,

V.

H & P CONTRACTOR, INC.
    Defendant.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**08 C 1213**

**JUDGE ASPEN**
**MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

H & P CONTRACTOR, INC.
C/O ITS REGISTERED AGENT, HUMBERTO PINTO
2921 WEST DIVERSEY AVENUE
CHICAGO, IL 60647

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_/s/ Anya Elles_
(By) DEPUTY CLERK

February 28, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: MARCH 5, 2008 AT 12:30 PM |
| NAME OF SERVER (PRINT): SCOTT POCIUS | TITLE: INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: H+P CONTRACTOR, INC C/O ITS REGISTERED AGENT - HUMBERTO PINTO AT THE BUSINESS OFFICE - 2921 WEST DIVERSEY AVE, CHICAGO, IL 60647. HE CAN BE DESCRIBED AS A M/H, 40 YEARS, GLASSES, BLACK HAIR, STOCKY BUILD.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/5/08
Date

Signature of Server: /s/ Scott Pocius

Address of Server:
THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.