IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAINTERS' DISTRICT COUNCIL NO. 14 | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 08 C 1213 |
| | ) | |
| H&P CONTRACTOR, INC., an Illinois corporation, | ) | Judge Gettleman |
| | ) | |
| Defendant. | ) | Magistrate Judge Denlow |

**PLAINTIFFS' MOTION FOR ORDER OF DEFAULT AND FOR JUDGMENT IN A SUM CERTAIN**

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, ANTHONY B. SANDERS and ARNOLD AND KADJAN, move this Court to enter an order of default and judgment in a sum certain in favor of Plaintiff and against the Defendant. In support of their Motion, the Plaintiff states as follows:

1. This is an action to enforce an arbitration award pursuant to a collective bargaining agreement.

2. The defendant was served with the Summons and Complaint on March 5, 2008 and the return of service was filed with the Clerk of the Court on March 25, 2008. More than twenty days have passed after service of process and the defendant has not served an answer or any other response pleading.

3. An award was entered in favor of the Painters' District Council No. 14 and against the defendant in the total amount of $31,238.40, consisting of $1,238.40 to be paid in wages and $30,000.00 to be paid for fines imposed for H&P's violations of the Collective Bargaining Agreement. See Affidavit of Andrew Perch, Exhibit A, para. 3. The award also ordered Defendant to pay reasonable attorneys' fees and court costs associated with any

proceedings to enforce this award.

4. The defendant was served with the award on July 13, 2007.

5. Defendant has not taken any action to vacate the arbitration award, and and the time to do so has now passed, as the limitations period for vacating an arbitration award in this judicial district is ninety days.

6. According to the Affidavit of Andrew Perch, attached as Exhibit A, the Defendant owes the amount of $30,000.00 in fines and $1,238.40 in wages. The Award also requires defendant to pay reasonable attorneys' fees and costs incurred from the date of the issuance of the Award, including any proceedings to obtain enforcement of the Award." (See exhibit 1, page 11, which is attached to the Affidavit of Andrew Perch).

WHEREFORE, Plaintiff prays for the following relief:

A. That the defendant is in default; and

B. That judgment be entered in favor of Plaintiff, and against the Defendant in the amount of $31,238.40 , consisting of $1,238.40 to be paid in wages, and $30,000.00 to be paid in fines; and

    C.    That Defendant be ordered to pay Plaintiff their reasonable attorneys' fees incurred in order to prosecute the award. (A copy of an Order is attached at the end of this Motion as Exhibit 2).

Respectfully submitted,

PAINTERS' DISTRICT COUNCIL NO. 14

By:    S/James R. Anderson
        One of their attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415