IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAINTERS' DISTRICT COUNCIL NO. 14, a labor organization,<br><br>        Plaintiff,<br><br>vs.<br><br>H & P CONTRACTOR, INC., an Illinois corporation,<br><br>        Defendant. | 08 C 1213<br><br>Judge Gettleman |

## JUDGMENT ORDER

This cause, coming to be heard upon Plaintiff's Motion for Judgment in Sum Certain, all parties having notice,

IT IS HEREBY ORDERED THAT:

1. Final judgment be entered in favor of Plaintiff and against the Defendant in the amount of $31,238.40, consisting of $1,238.40 in wages and $30,000.00 in fines.

2. Plaintiffs' be given leave to file a Petition for their reasonable attorneys' fees and costs.

Enter: _____
Hon. Robert W. Gettleman

Date: _____

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415