IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 14 | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 1213 |
| | ) | |
| v. | ) | |
| | ) | Judge Gettleman |
| H&P CONTRACTOR, INC., an | ) | |
| Illinois corporation, | ) | Magistrate Judge Denlow |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:  H&P Contractor, Inc.
c/o its registerd agent, Humberto Pinto
2921 West Diversey Ave.
Chicago, IL 60647

**PLEASE TAKE NOTICE** that on **June 25, 2008 at 9:15 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Gettleman**, in the **Courtroom 1703** usually occupied by him in the Federal District Court, 219 S. Dearborn Street. Chicago, Illinois, and then and there move and present the attached Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain.

Respectfully submitted,

**PAINTERS' DISTRICT COUNCIL NO. 14**

By: s/ James R. Anderson
One of their Attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

## PROOF OF SERVICE

I hereby certify that on the 18th day of June 2008, a copy of the Plaintiffs' Motion for Order of Default and for Judgment in a Sum Certain and Notice of Motion was filed electronically. A copy was sent to the named individuals at their respective addresses by placing same in an envelope and depositing the same in the U. S. Mail located at Dearborn and Jackson Streets on this 18th day of June, at or before the hour of 5:00 p.m.

> H&P Contractor, Inc.
> c/o its registerd agent, Humberto Pinto
> 2921 West Diversey Ave.
> Chicago, IL 60647

> s/James R. Anderson
> ARNOLD AND KADJAN
> 19 W. Jackson Blvd., Suite 300
> Chicago, IL 60604
> Telephone No.: (312) 236-0415
> Facsimile No.: (312) 341-0438
> Dated: June 18, 2008