# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
| **CASE NUMBER** | 08 C 1213 | **DATE** | 6/25/2008 |
| **CASE TITLE** | Pauinters District Council vs H & P Contractor, Inc. | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Default judgment is enterd in favor of plaintiff and against defendant in the amount of $31,238.40. Plaintiffs are given leave to file a petition for attorneys' fees and costs.

[For further detail see separate order]
[Docketing to mail notice]

00:00

U.S. DISTRICT COURT
CLERK
2008 JUL -3 PM 3:05
FILED-ED

| | | |
|---|---|---|
| | Courtroom Deputy | GDS |