

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PAINTERS' DISTRICT COUNCIL NO. 14 )
a labor organization, )
        Plaintiff, )
   vs. )
        ) 08 C 1213
H & P CONTRACTOR, INC., an Illinois )
corporation, ) Judge Gettleman
        Defendant. )

### JUDGMENT ORDER

This cause, coming to be heard upon Plaintiff's Motion for Judgment in Sum Certain, all parties having notice,

IT IS HEREBY ORDERED THAT:

1. Final judgment be entered in favor of Plaintiff and against the Defendant in the amount of $31,238.40, consisting of $1,238.40 in wages and $30,000.00 in fines.

2. Plaintiffs' be given leave to file a Petition for their reasonable attorneys' fees and costs.

Enter: _____
Hon. Robert W. Gettleman

Date: June 25, 2008

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415