## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1213          Assigned/Issued By: j. n.

Judge Name:                    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                       _____
☐ Wage-Deduction Garnishment Summons   _____
                                       *(Victim, Against and $ Amount)*
☑ Citation to Discover Assets
                                       ☐ Other
☐ Writ _____               _____
     *(Type of Writ)*                     _____
                                          *(Type of issuance)*

1  Original and  1  copies on  7-25-08  as to  h and p ccontractor, inc.
                              *(Date)*
( notice filed) _____

_____