## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1213          Assigned/Issued By: LI

Judge Name: _____            Designated Magistrate Judge: _____

### FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____      Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

### ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
                                       (Victim, Against and $ Amount)
☑ Citation to Discover Assets
                                       ☐ Other _____
☐ Writ _____
    (Type of Writ)                         (Type of issuance)

1 Original and 1 copies on 8/8/08 as to HLF CONSTRUCTION CO., INC
                        (Date)

Notice Filed