IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 14, ) <br> A labor organization ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> H&P CONTRACTOR, INC., an ) <br> Illinois corporation, ) <br> Defendants. ) | No.   08 C 1213 <br><br> Judge  Gettleman | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Renee McDowell, law clerk for the offices of Arnold and Kadjan, located at 19 West Jackson Blvd., Suite 300, Chicago, IL 60604, hereby states as follows:

1. That I served the within    *Citation to Discover Assets*

    on the within named   HLF Construction Co., Inc.
    c/o its registered agent, Hazel L. Fry
    150 N. Michigan Ave., Ste. 2800
    Chicago, IL 60601

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

    Sex  F   Race  Black   Approx. Age  60   Other  Fry's assistant Shirley Talley

    That the place where and the date and time when the above document was served upon the person were as follows:

    Place  150 N. Michigan Ave, Ste. 2800

    Date  August 11 2008   Time  11:38 a.m.

    Under the penalties provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as a foresaid that he verily believes the same to be true.

    Renee McDowell
    Special Process Server